UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 21, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA   BB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN J. DEWALD,

    Defendant.

Case No. 2:14-mj-00039-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRIAN J. DEWALD__, Case No. __2:14-mj-00039-CKD__ from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ __100,000__

    100,000 - co-

    _X_ Unsecured Appearance Bond $ __signed by the defendant's father__

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    _X_ (Other): __Pretrial services conditions. Unsecured bond to be replaced by a property bond within 14 days__

Issued at Sacramento, California on February 21, 2014 at 2:45 PM

By: _/s/ Carolyn K. Delaney_

Magistrate Judge Carolyn K. Delaney